# IN THE SUPREME COURT OF TEXAS

═══════════

NO. 13-0515

═══════════

JOHN KLUMB, VERONICA MCCLELLAND, VIVIAN MONTEJANO,
JOHN GONZALEZ, ANITA ROBLES, AND CHARMAINE PILGRIM,
ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,
AND THE CITY OF HOUSTON, PETITIONERS,

v.

HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM,
BARBARA CHELETTE, DAVID L. LONG, LENARD POLK,
ROY SANCHEZ, AND LONNIE VARA, RESPONDENTS

═══════════════════════════════

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS

═══════════════════════════════

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the First District, and having considered the appellate record, briefs, and counsel's argument, concludes that the court of appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1)      The court of appeals' judgment is affirmed; and

2)      Houston Municipal Employees Pension System, Barbara Chelette, David L. Long, Lenard Polk, Roy Sanchez, and Lonnie Vara, shall recover, and John Klumb, Veronica McClelland, Vivian Montejano, John Gonzalez, Anita Robles, Charmaine Pilgrim, and the City of Houston shall pay, the costs incurred in this Court.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the First District and to the District Court of Harris County, Texas, for observance.

Opinion of the Court delivered by Justice Guzman


March 20, 2015

\*\*\*\*\*\*\*\*\*\*